# GARVEY TIRELLI & CUSHNER LTD.

50 MAIN STREET, SUITE 390 • WHITE PLAINS, NEW YORK 10606
PHONE (914) 946-2200 • FAX (914) 946-1300 • www.GTCFirm.com

Lawrence A. Garvey*
Linda M. Tirelli**
Todd S. Cushner***
Irina Lust****
James Rufo****

*Admitted CT, NY, USDCT, SDNY and EDNY
**Admitted CT, USDCT, SDNY and EDNY
***Admitted NY, NJ, USDCT, SDNY and EDNY
****Admitted NY, SDNY and EDNY

May 31, 2016

Honorable Judge Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains NY 10601

RE:    In re Francine Silva 14-23184

Dear Honorable Judge Drain:

Please accept this letter as a very brief reply to Mr. Teitelbaum's letter dated today, May 31, 2016, (ECF Doc No 41).

In his previous letter (ECF Doc No 39 ) Mr Teitebaum offers "testimony" with himself as the only witness.  Mr. Teitelbaum also, curiously, ignored all Federal Rules of Bankruptcy Procedure, Local Practice Rules and Chambers Rules in an attempt to conduct motion practice via longwinded letter hoping to talk his way into obtaining a Court order without benefit of a proper motion, supporting memorandum, notice to all interested parties or benefit of a public hearing.  To the extent Mr. Teitelbaum wishes to file a motion to remove a public record from the court's docket, and ask the court to continue to "not look behind the green curtain" he should do so without further fanfare and afford the Debtor (and perhaps any intervening or interested parties) the opportunity to be heard.  Unless and until there is a motion to respond to, the undersigned would ask the court to disregard any non-motion request by the hedgefund creditor and its attorneys.

By way of status report, the undersigned is working on a substantive response to Mr.Teitelbaum's May 18th letter to be filed in time for the next appearance.

The undersigned respectfully requests all matters be addressed at the next court conference on June 22, 2016 at 10:00am.

Very truly yours,
/s/ Linda M. Tirelli
Linda M. Tirelli Esq.