Law Offices of

# Shapiro, DiCaro & Barak, LLC

One Huntington Quadrangle
Suite 3N05
Melville, New York 11747
(631) 844-9611
FAX (631) 844-9525

June 17, 2016

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas St
White Plains, NY 10601

RE:  Francine Silva, fka Francine Paterra
     Chapter 13
     Case Number: 14-23184
     SD&B File Number: 16-052418

Dear Judge Drain:

This loss mitigation status letter is submitted on behalf of JPMorgan Chase Bank, N.A. for JPMorgan Chase Bank, N.A, a secured creditor of the above referenced Debtors.

Please be advised that our office is in receipt of the fully executed loan modification agreement and a Motion to Approve the terms of the permanent loan modification agreement should be filed with the Court shortly.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

*[signature]*

Robert W. Griswold