UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
In re                                                          :     Chapter 13
                                                               :
FRANCINE SILVA,                                                :     Case No. 14-23184-rdd
f/k/a FRANCINE PATERRA,                                        :
                                                               :
                        Debtor.                                :
---------------------------------------------------------------X

**ORDER DIRECTING REMOVAL OF DOCUMENTS FROM DOCKET AND
PERMITTING FILING OF REDACTED DOCUMENTS PURSUANT TO
BANKRUPTCY CODE SECTION 107(b) AND BANKRUPTCY RULES 9018 AND 9037**

Upon the application of Caliber Home Loans ("Caliber"), as servicer for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, for an order pursuant to Bankruptcy Code § 107(b) and Bankruptcy Rules 9018 and 9037 seeking authority to replace certain documents previously filed by the debtor in this case with the redacted form of such documents attached as an exhibit hereto; and upon the debtor's objection to the application and the record of the hearing held by the Court thereon on June 22, 2016; and, after due deliberation, the Court having found that the sealing of the proposed redacted material on the terms hereof is warranted under 11 U.S.C. § 107(b) and Bankruptcy Rules 9018 and 9037 as either confidential commercial information or personally identifying information, for the reasons stated by the Court at the hearing; now, therefore, it is hereby

**ORDERED,** that the Clerk of the Court is directed to remove the documents filed as ECF Docket No. 37-2 and 37-3 from the Court docket in this case and replace such documents with the exhibit hereto; and it is further

1

2

**ORDERED,** that the entry of this Order is without prejudice to the right of any party in interest to seek, on notice to Caliber, to obtain an un-redacted version of such document.

Dated: White Plains, New York
June 24, 2016

/s/ Robert D. Drain
**UNITED STATES BANKRUPTCY JUDGE**